No. 376

FIRESTONE TIRE & RUBBER CO. v.
DAVIS, Dir. Gen.

Ohio Appeals, 9th Dist., Summit County
No. 866.   Decided Jan. 7, 1924

991.  RAILROADS—Director General held
to have legal capacity to sue for freight
charges.

725.  LIMITATIONS OF ACTIONS—Trans-
portation act held not statute of limitation as
to suits started by Director General.

209.  CARRIERS—Three years limitation
held not applicable to action for freight charges
by Director General.

PARDEE, J.

Epitomized Opinion
Published Only in Ohio Law Abstract

Davis sued Firestone Co. in Summit Com-
mon Pleas asking a judgment for freight
charges upon goods shipped over the Pa.
R. R. by the Rubber Co. in October, 1919.
The Rubber Co. demurred to the petition on
the ground of no legal capacity to sue, defect
of parties, that the action was not brought in
time and no cause of action was stated. The
court overruled the demurrer and entered
judgment.  Sec. 424 of the Transportation Act
of 1920 provided that all actions at law by
carriers, subject to this act, for recovery of
their charges, shall be begun within three
years from time the cause of action accrued,
and not later.  In affirming the judgment, the
Court of Appeals held:

1.  It is well settled that Davis had legal
capacity to sue and there were no defect of
parties.  276 Feb. 1019.

1.  Sec. 424 of the Transportation Act is not
a statute of limitation applicable to suits of
this character started by the Director General
of the R. R.   287 Fed. 523.

3.  The contention that no cause of action
is stated, cannot be sustained since the above
section is not applicable to cases of this kind.

Attorneys—C. M. Hamill, for Firestone Co.;
P. C. Weick and Waters, Andress, Southworth,
Wise & Maxon, for Davis; all of Akron.